IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JUDLIN NATHANIEL MORTIMER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 305-099 |
| MICHAEL V. PUGH, | ) ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 10th day of September, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Southern District of Georgia

Judlin Nathaniel Mortimer )

vs )   CASE NUMBER  CV305-099

Michael V. Pugh )   DIVISION  DUBLIN

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 9/12/05, which is part of the official record of this case.

Date of Mailing:  9/12/05

Date of Certificate  ☒ same date,    or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Judlin Nathaniel Mortimer, 12828-058, McRae Correctional Facility, 1000 A. Jim Hammock Drive, McRae, GA 31055

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate